**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STANLEY ARNOLD, an individual,                    Case No.:  8:17-cv-01726-JSM-TBM

        Plaintiff,

v.

ONEMAIN FINANCIAL OF AMERICA,
INC., f/k/a SPRINGLEAF FINANCIAL
SERVICES, INC., a foreign for-profit
corporation, and EXPERIAN INFORMATION
SOLUTIONS, INC., a foreign for-profit
corporation,

        Defendants.
_____/

## UNOPPOSED MOTION OF DEFENDANT ONEMAIN FINANCIAL OF AMERICA, INC. FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant OneMain Financial of America, Inc. ("OneMain"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves for a three-week extension of time to respond to the Complaint filed by plaintiff Stanley Arnold ("Plaintiff"), and states as follows:

    1.    Plaintiff filed the Complaint on July 19, 2017, [Dkt. No. 1], and served OneMain on July 31, 2017 [Dkt. No. 5].

    2.    Pursuant to Federal Rule of Civil Procedure 12(a), OneMain's response is currently due on August 21, 2017.

    3.    OneMain files this motion to respectfully request a brief, three-week extension of its response deadline in order to investigate the allegations of the Complaint and to prepare its response.  Prior to the filing of this motion, counsel for OneMain conferred with counsel for

Plaintiff who indicated that Plaintiff does not oppose the requested three-week extension of time to respond.

4. This request is made in good faith and not for the purpose of delay.

5. As stated, Plaintiff does not oppose the relief requested herein and granting this motion will not cause prejudice.

**WHEREFORE**, OneMain respectfully requests that the Court extend its deadline to respond to the Complaint by twenty-one (21) days, up to and including, September 11, 2017.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

Undersigned counsel certifies that he conferred via electronic mail on August 11, 2017 with Plaintiff's counsel who does not oppose the relief requested in this motion.

Dated: August 14, 2017

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
Email: lacalendar@stroock.com

By: */s/ Brian C. Frontino*
Brian C. Frontino
Florida Bar No. 95200
bfrontino@stroock.com
Alisa M. Taormina
Florida Bar No. 070848
Jessica D. Rabinowitz
Florida Bar No. 106163
jrabinowitz@stroock.com

Attorneys for Defendant
   *OneMain Financial of America, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Florida Courts E-Filing Portal on August 14, 2017 on all counsel or parties of record on the Service List below.

    Ian R. Leavengood, Esq.
    Aaron M. Swift, Esq.
    Gregory H. Lercher, Esq.
    Sara W. Severini, Esq.
    LEAVENLAW
    Northeast Professional Center
    3900 First Street North, Suite 100
    St. Petersburg, FL  33703
    Telephone: (727) 327-3328
    Fax: (727) 327-3305
    consumerservice@leavenlaw.com
    aswift@leavenlaw.com
    glercher@leavenlaw.com
    sseverini@leavenlaw.com

    *Attorneys for Plaintiff*

    */s/ Brian C. Frontino*
    Brian C. Frontino

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES • WASHINGTON, DC
200 SOUTH BISCAYNE BOULEVARD, SUITE 3100, MIAMI, FL 33131-5323 TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM
LA 52098477v1